IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARMEN COLLAZO, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT BRADLEY and DIANE BRADLEY, as trustees of the ROBERT & DIANE BRADLEY TRUST,<br><br>　　　　Defendant(s). | Case No.: 2:16-CV-01470-BRO-PJW<br><br>Assigned to Courtroom: 790<br>The Hon. Patrick J. Walsh<br><br>**ORDER DISMISSING ACTION WITH COURT TO RETAIN JURISDICTION TO ENFORCE TERMS OF THE SETTLEMENT AGREMENT AND RELEASE**<br><br>Action Commenced: 03/02/2016 |

## **ORDER**

Pursuant to stipulation, and good cause appearing therefore, the above-captioned action is dismissed with prejudice. The Court shall retain jurisdiction to enforce terms of the settlement agreement and mutual release.

**IT IS SO ORDERED**.

Dated:　　May 26, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　United States District Court Judge

-1-
ORDER DISMISSING ACTION